558

No. 756. PHELPS, EXECUTRIX, v. COMMISSIONER OF INTERNAL REVENUE;

No. 757. NORTHERN TRUST CO., TRUSTEE, v. SAME; and

No. 758. PHELPS v. SAME. . April 11, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herbert Pope* and *Benjamin M. Price* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, A. H. Conner,* and *F. Edward Mitchell* for respondent.

No. 759. DEBONIS v. UNITED STATES. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Union C. DeFord* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *John J. Byrne* for the United States.

No. 760. PEOPLE EX REL. NEVE v. MULLIGAN, U. S. MARSHAL. April 11, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. H. Crichton-Clarke* for petitioner. *Messrs. Francis L. Kohlman, Carl J. Austrian,* and *Saul J. Lance* for Irving Trust Co., trustee in bankruptcy, in opposition.

No. 761. KOGEN v. ILLINOIS EX REL. HARDING. April 11, 1932. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. John J. Kelly* for petitioner. *Mr. J. Kent Greene* for respondent.